AUGUSTA KNICKMAN, Respondent, v. HOWARD W. KNICKMAN, Appellant.— Action by plaintiff to recover damages for personal injuries received through the alleged negligence of defendant, her son, in the operation of the car in which she was riding. Appeal from judgment in favor of plaintiff. Judgment reversed on the law and the facts and a new trial granted, costs to appellant to abide the event, upon the ground that the determination of the jury is against the weight of the evidence. Lazansky, P. J., Young, Scudder and Tompkins, JJ., concur; Carswell, J., dissents and votes to affirm.

MAMIE T. McKINNEY, Plaintiff, v. NICHOLAS P. SUSSILLO, as President of Lieutenants' Benevolent Association of the Police Department of the City of New York, Defendant.— Action to recover a death benefit of $500 under a certificate issued by the Lieutenants' Benevolent Association of the Police Department of the City of New York to the plaintiff's decedent, in which plaintiff was named as beneficiary. Judgment unanimously directed for plaintiff on the agreed statement of facts, without costs. The course of dealings between the parties over a period of twenty-four years evidences a waiver by the said association of the provisions of article XVIII of the constitution in respect of automatic suspension for failure to make payments within the required period and it is thereby estopped to claim forfeiture. ( Kenyon v. K. T. & M. M. A. Assn., 122 N. Y. 247, 261; Steuernagel v. Supreme Council of R. A., 234 id. 251, 258; McClure v. Supreme Lodge, 41 App. Div. 131.) The cases invoked by the defendant are readily distinguishable. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ. Settle order on notice.

ELIZABETH MOONEY, Appellant, v. WALTER SMITH, Respondent. JOSEPH C. MOONEY, Appellant, v. WALTER SMITH, Respondent.— Action by plaintiff Elizabeth Mooney to recover for personal injuries sustained when the automobile in which she was riding as a passenger collided with defendant's car, and by Joseph C. Mooney, her husband, to recover for expenses and loss of services. Separate appeals from judgments in favor of defendant. Judgments unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.